Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/15

------------------------------------------------------------------- x

David Santiago, Jairo Santiago, and Jasmarie Espinoza,

                                   Plaintiffs,

              -against-

City of New York, et al.,

                                Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 6014 (SAS)

------------------------------------------------------------------- x

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice", subject to the terms of the Stipulation of Settlement dated December 12, 2014 ; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       January 12, 2014

MICHELSTEIN & ASSOCIATES, PLLC
*Attorneys for Plaintiffs*
485 Madison Avenue
New York, NY 10022
212-588-0880

By: _____
    Steven D. Michelstein
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Alexandra Corsi
    *Senior Counsel*

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Dated: JAN 16, 2014